IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

V. No. 4:22-cr-300-11 JM

L.C. DAVIS

ORDER

Pending is the Defendant's pro se request for early termination of supervised release (Docket No. 1426). The United States Probation Office advised the Court that it would not recommend early termination at this time, opining that Defendant would benefit from a longer period of monitoring. After consideration of the factors set forth in 18 U.S.C. § 3553, the motion is GRANTED in part and DENIED in part. The term of supervised release previously imposed upon the Defendant is hereby reduced from a term of three years of supervised release to a term of eighteen months of supervised release. The Clerk is directed to provide a copy of this Order to the United States Probation Office.

IT IS SO ORDERED this 29th day of July, 2026.

James M. Moody Jr.
United States District Judge